| Attorney or Party without Attorney:<br>James J. Reardon, Jr., Esq.<br>Reardon Scanlon LLP<br>45 S. Main Street, 3rd Floor<br>West Hartford, CT 06110<br>Telephone No: 860-955-9455 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of Connecticut | | | | |
| Plaintiff: Daniel Rease | | | | |
| Defendant: Charter Communications, Inc. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div | Case Number:<br>20CV00150RNC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Civil Case Cover Sheet; Class Action Complaint; Order on Pretrial Deadlines; Electronic Filing Order; Standing Protective Order; Notice to Counsel and Self-Represented Parties

3. a. *Party served:* Charter Communications, Inc.
   b. *Person served:* Stacey Salgado, Executive Assistant / Authorized to Accept Service, Hispanic, Female, 34 Years Old, Brown Hair, 5 Feet 6 Inches, 135 Pounds

4. *Address where the party was served:* 400 Atlantic Street
   Stamford, CT 06901

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Feb. 06, 2020 (2) at: 3:00PM

7. *Person Who Served Papers:*
   a. Eric J. Rubin
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service.*
   I Declare under penalty of perjury under the laws of the State of CONNECTICUT that the foregoing is true and correct.

   2.10.2020
   *(Date)*                               *(Signature)*

8. *STATE OF CONNECTICUT, COUNTY OF* HARTFORD

   Subscribed and sworn to (or affirmed) before me on this 10 day of February by Eric J. Rubin

   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AFFIDAVIT OF SERVICE                              *(Notary Signature)*
   Summons & Complaint                                                        jarea 203846

   AMY J. CHANTRY
   *NOTARY PUBLIC*
   MY COMMISSION EXPIRES 3/31/2023

CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ James J. Reardon, Jr.
James J. Reardon, Jr.