UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

DANIEL REASE, individually and on behalf
of all others similarly situated,

     Plaintiff,

v.

CHARTER COMMUNICTIONS, INC.,

     Defendant.

Case No.: 3:20-cv-00150-RNC

Hon. Robert N. Chatigny

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Under Civil Local Rule 7(b), Defendant Charter Communications, Inc. ("Charter") moves this Court for a twenty-one (21) day extension of time, up to and including March 19, 2020, to answer or otherwise respond to Plaintiff's Class Action Complaint.

In support of its Motion, Charter states as follows:

1.     Plaintiff filed his Class Complaint on February 3, 2020. (Doc. #1.)

2.     Plaintiff served Defendant on February 6, 2020 (Doc. #7), which makes February 27, 2020, the initial deadline for Charter to file its responsive pleading. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

3.     Charter is still pursuing its investigation of the asserted allegations and requires additional time to complete that investigation and prepare an appropriate response to the Class Complaint.

4.     Accordingly, Charter asks for a short twenty-one (21) day extension of its response deadline—up to and including March 19, 2020.

5.     The requested extension is for good cause and is not designed to delay the ultimate resolution of this case.

20418713-v1

6.      Under Civil Local Rule 7(b)(2), Charter has inquired of all non-moving parties

(*i.e.*, Plaintiff) and can now inform the Court that Plaintiff consents to this motion.

7.      Fed. R. Civ. P. Rule 6(b) vests this Court with broad discretion to grant this

extension.

8.      This is Charter's first motion for extension of time to respond to the Class

Complaint.

For these reasons, Charter respectfully requests that the Court grant it until March 19,

2020, to answer or otherwise respond to the Complaint.

Dated: February 24, 2020.

**ROBINSON & COLE LLP**                                           **KABAT CHAPMAN & OZMER LLP**

*/s / Trevor L. Bradley*                                              Ryan D. Watstein*
Brian E. Moran                                                       Florida Bar No. 93945
Connecticut Bar No. ct05058                                          rwatstein@kcozlaw.com
bmoran@rc.com                                                        Adamson B. Starr*
Trevor L. Bradley                                                    Georgia Bar No. 212325
Connecticut Bar No. ct29993                                          astarr@kcozlaw.com
tbradley@rc.com

                                                                     171 17th St. NW, Suite 1550
1055 Washington Boulevard                                            Atlanta, Georgia 30318
Stamford, CT  06901                                                  404-400-7300
203-462-7500                                                         404-400-7333 (fax)
203-462-7599 (fax)

*Counsel for Defendant*                                              *Counsel for Defendant*
*Charter Communications, Inc.*                                       *Charter Communications, Inc.*

                                                                     *Application for admission pro hac vice
                                                                     forthcoming*

2

## CERTIFICATE OF SERVICE

I certify that today I electronically filed this **UNOPPOSED MOTION FOR EXTENSION OF TIME** with the Clerk of Court using the CM/ECF filing system, which will automatically send an electronic copy to all counsel of record.

Dated: February 24, 2020.

*/s / Trevor L. Bradley*
Trevor L. Bradley