UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICTIONS, INC.,<br><br>    Defendant. | Case No.: 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as attorney for the defendant, Charter Communications, Inc., in connection with the above-captioned matter.

                                          **DEFENDANT**
                                          **CHARTER COMMUNICATIONS, INC.**

                                        By /s/ *Brian E. Moran*
                                            Brian E. Moran    (ct05058)
                                            Robinson & Cole LLP
                                            1055 Washington Boulevard
                                            Stamford, CT 06901-2249
                                            Tel. No.: (203) 462-7500
                                            bmoran@rc.com

20418951-v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2020 the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Brian E. Moran
Brian E. Moran