UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No.: 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

### AFFIDAVIT OF ADAMSON B. STARR IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, ADAMSON B. STARR, having been duly sworn under oath, hereby deposes and says that:

1. I am over eighteen (18) years of age and believe in the obligations of an oath;

2. I submit this affidavit in support of the motion for my admission *pro hac* vice to represent Charter Communications, Inc. in these proceedings pursuant to Rule 83.1(d)(1) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut;

3. I am an attorney in the law firm of Kabat Chapman & Ozmer LLP. My business address, email address, telephone number and fax number are as follows:

> Adamson B. Starr
> Kabat Chapman & Ozmer LLP
> 171 17th Street, NW
> Suite 1550
> Atlanta, GA 30363
> (404) 400-7300 (Telephone)
> (404) 400-7333 (Facsimile)
> astarr@kcozlaw.com

4. I am a member in good standing of the Bar of the State of Georgia (No. 212325). Please see Attachment A listing my current admissions information.

5. I have no pending disciplinary complaints lodged against me as to which a finding has been made that such complaint should proceed to a hearing;

6. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint;

7. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct; and

8. I designate my sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

_____
Adamson B. Starr

Subscribed and sworn to before me this 28 day of February, 2020.

_____
Notary Public

My commission expires: