## ATTACHMENT A

**Adam Starr – Bar Admissions**

| State | Date Admitted | Good Standing |
|---|---|---|
| Georgia (Bar No. 212325) | 11/15/2006 | Yes |

State Bar of Georgia
104 Marietta Street NW
Suite 100
Atlanta, Georgia 30303
(404) 527-8700 / (800) 334-6865

**Adam Starr – Court Admissions**

| Court | Date Admitted | Good Standing |
|---|---|---|
| U.S.D.C. ND Georgia | 01/29/2007 | Yes |
| U.S.D.C. MD Georgia | 12/14/2011 | Yes |
| U.S.D.C. ND Florida | 2007 | Yes |
| Georgia Court of Appeals | 01/29/2007 | Yes |
| Supreme Court of Georgia | 01/29/2007 | Yes |
| Georgia State/Superior Courts | 11/15/2006 | Yes |