## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.: 3:20-cv-00150-RNC |
| v. | Hon. Robert N. Chatigny |
| CHARTER COMMUNICATIONS, INC., | |
| Defendant. | |

### MOTION FOR ADMISSION OF RYAN D. WATSTEIN *PRO HAC VICE*

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, Defendant Charter Communications, Inc. ("Defendant"), by and through its undersigned counsel, respectfully requests that the court admit Ryan D. Watstein *pro hac* vice to appear in this Court on behalf of the Defendant in the above-captioned matter.  Sponsoring counsel, Trevor L. Bradley, is an attorney with Robinson & Cole LLP in Stamford, Connecticut. He is a member in good standing of the Bar of this Court.  Service of all papers connected with this lawsuit may be made on Attorney Bradley in accordance with Local Rule 83.1(c).  In support of this motion, Defendant submits the attached Affidavit of Ryan D. Watstein, in which he states his qualifications for admission *pro hac* vice in accordance with Local Rule 83.1(d).

Dated:  March 5, 2020.

| **ROBINSON & COLE LLP** | **KABAT CHAPMAN & OZMER LLP** |
|---|---|
| */s / Trevor L. Bradley* | Ryan D. Watstein* |
| Brian E. Moran | Florida Bar No. 93945 |
| Connecticut Bar No. ct05058 | rwatstein@kcozlaw.com |
| bmoran@rc.com | Adamson B. Starr* |
| Trevor L. Bradley | Georgia Bar No. 212325 |
| Connecticut Bar No. ct29993 | astarr@kcozlaw.com |
| tbradley@rc.com | |
| | 171 17th St. NW, Suite 1550 |
| 1055 Washington Boulevard | Atlanta, Georgia 30318 |
| Stamford, CT  06901 | 404-400-7300 |
| 800-762-7826 | 404-400-7333 (fax) |
| 203-462-7599 (fax) | |
| | *Counsel for Defendant* |
| *Counsel for Defendant* | *Charter Communications, Inc.* |
| *Charter Communications, Inc.* | |
| | *Application for admission pro hac vice forthcoming |

## CERTIFICATE OF SERVICE

I certify that today I electronically filed this **MOTION FOR ADMISSION OF RYAN D. WATSTEIN** *PRO HAC VICE* with the Clerk of Court using the CM/ECF filing system, which will automatically send an electronic copy to all counsel of record.

Dated: March 5, 2020.

>                                        */s / Trevor L. Bradley*
>                                         Trevor L. Bradley