## ATTACHMENT A

### Ryan D. Watstein – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| Georgia (Bar No. 266019) | 01/07/2010 | Yes |
| Florida (Bar No.93945) | 11/17/2011 | Yes |

Georgia State Bar
104 Marietta Street NW
Suite 100
Atlanta, Georgia 30303
(404) 527-8700/(800) 334-6865

Florida State Bar
651 E. Jefferson Street
Tallahassee, Florida 32399-2300
(850) 561-5600

### Ryan D. Watstein – Court Admissions

| Court | Date Admitted | Good Standing |
|---|---|---|
| U.S. Court of Appeals 11th Circuit | 04/19/2011 | Yes |
| U.S. Court of Appeals 2nd Circuit | 03/01/2019 | Yes |
| U.S.D.C. ND Georgia | 07/19/2010 | Yes |
| U.S.D.C. MD Georgia | 08/17/2010 | Yes |
| Georgia Supreme Court | 06/02/2015 | Yes |
| Georgia State/Superior Courts | 01/07/2010 | Yes |
| Florida Circuit Courts | 11/17/2011 | Yes |
| Florida District Courts of Appeal | 11/17/2011 | Yes |
| Florida Supreme Court | 11/17/2011 | Yes |
| U.S.D.C. SD Florida | 04/02/2012 | Yes |
| U.S.D.C. MD Florida | 09/02/2015 | Yes |
| U.S.D.C. ND Florida | 05/04/2018 | Yes |