IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

DANIEL REASE, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.

        Defendant.

CASE NO:  3:20-cv-00150-RNC

---

## MOTION FOR ADMISSION OF VISITING LAWYER

NOW COMES James J. Reardon, Jr. of Reardon Scanlon LLP, a member of the bar of this Court, and respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Philip L. Fraietta of the firm Bursor & Fisher, P.A. in New York City as a visiting attorney in this Court, and in support of this Motion, represents the following:

1.      Mr. Fraietta is a partner of the firm Bursor & Fisher, P.A., with an office at 888 7th Avenue, New York, NY 10106.  Mr. Fraietta is a member in good standing of the bar of the State of New York (Bar No. 5297825), and is admitted to practice before the Southern District of New York (Bar No. pf7489), Eastern District of New York (Bar No. pf7489), Western District of New York (no bar number assigned), and Northern District of New York (Bar No. 700079).

2.      Upon information and belief, Mr. Fraietta has never been denied admission or disciplined by this Court or any other Court and his fully executed Affidavit in compliance with D. Conn. L. Civ. R. 83.1(d) is attached hereto as Exhibit A.

3.      Attorney Fraietta has designated the undersigned sponsoring attorney as his agent for service of process, and further designated the District of Connecticut as the forum for the resolution of any dispute arising out of his admission as a visiting attorney.

4.      Payment to the Clerk for the fees as required by D. Conn.L. Civ. L.R. 83.1(d)(2) accompanies this application.

WHEREFORE, the undersigned requests that Mr. Fraietta be admitted to appear as visiting lawyer as counsel for the plaintiff in this action.


Dated:  March 6, 2020


PLAINTIFF, DANIEL REASE


By:      /s/ James J. Reardon, Jr.
James J. Reardon, Jr. (ct13802)
Reardon Scanlon LLP
45 South Main St., 3rd Flr.
West Hartford, CT  06107
(860) 955-9455
(860) 920-5242 (f)
james.reardon@reardonscanlon.com
His Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


 /s/ James J. Reardon, Jr.
James J. Reardon, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated, | CASE NO: 3:20-cv-00150-RNC |
| Plaintiff, | |
| v. | |
| CHARTER COMMUNICATIONS, INC. | |
| Defendant. | |

### AFFIDAVIT OF PHIL FRAIETTA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

PHILIP L. FRAIETTA, being duly sworn, deposes and says:

1.     I am over 18 and believe in the obligations of an oath.

2.     I submit this affidavit in support of the application by the Plaintiff for my admission as an attorney *pro hac vice* in this action.

3.     I am a partner in the law firm of Bursor & Fisher, P.A., counsel for the plaintiff in this matter.   My office is located at 888 7th Avenue, New York, NY 10106.    My contact information is 646-837-7150 (phone), 212-989-9163 (fax).     My email address is: pfraietta@bursor.com.

4.     I am a citizen of the United States and a resident of the State of New York.   I am admitted to practice before the Southern District of New York (Bar No. pf7489), Eastern District

of New York (Bar No. pf7489), Western District of New York (no bar number assigned), and Northern District of New York (Bar No. 700079). I have been a member in good standing of the Bar of the State of New York since February 25, 2015 (Bar No. 5297825). A true and correct copy of my certificate of good standing for the State Bar of New York will be filed consistent with Local Rule 83.1(d) (within 60 days of the grant of the Motion).

5.      There is good cause to grant this application. The plaintiff wishes me to be counsel on this matter due to my familiarity with the facts and legal issues of this particular case.

6.      I have never been held in contempt of court, nor have I ever been suspended or disbarred by any court. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

7.      I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

8.      I have read and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

9.      I designate James J. Reardon, Jr. of Reardon Scanlon LLP as my agent for service of process or any successor to him who files an appearance as local counsel, and designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

10.      WHEREFORE, I respectfully request that I be admitted to practice before the Court *pro hac vice* on behalf of the plaintiff.

2

Philip L. Fraietta

Sworn to before me this
4th day of March, 2020

**NOTARY PUBLIC**

RACHAEL M. GALANTICH
Notary Public, State of New York
Registration #01GA6345925
Qualified In Dutchess County
Commission Expires Aug. 1, 2020