UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No.: 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

### MOTION FOR ADMISSION OF RYAN D. WATSTEIN *PRO HAC VICE*

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, Defendant Charter Communications, Inc. ("Defendant"), by and through its undersigned counsel, respectfully requests that the court admit Ryan D. Watstein *pro hac* vice to appear in this Court on behalf of the Defendant in the above-captioned matter. Sponsoring counsel, Trevor L. Bradley, is an attorney with Robinson & Cole LLP in Stamford, Connecticut. He is a member in good standing of the Bar of this Court. Service of all papers connected with this lawsuit may be made on Attorney Bradley in accordance with Local Rule 83.1(c). In support of this motion, Defendant submits the attached Affidavit of Ryan D. Watstein, in which he states his qualifications for admission *pro hac* vice in accordance with Local Rule 83.1(d).

Dated: March 10, 2020.

<div style="display: flex;">
<div>

**ROBINSON & COLE LLP**

/s / *Trevor L. Bradley*
Brian E. Moran
Connecticut Bar No. ct05058
bmoran@rc.com
Trevor L. Bradley
Connecticut Bar No. ct29993
tbradley@rc.com

1055 Washington Boulevard
Stamford, CT 06901
800-762-7826
203-462-7599 (fax)

*Counsel for Defendant*
*Charter Communications, Inc.*

</div>
<div>

**KABAT CHAPMAN & OZMER LLP**

Ryan D. Watstein*
Florida Bar No. 93945
rwatstein@kcozlaw.com
Adamson B. Starr*
Georgia Bar No. 212325
astarr@kcozlaw.com

171 17th St. NW, Suite 1550
Atlanta, Georgia 30318
404-400-7300
404-400-7333 (fax)

*Counsel for Defendant*
*Charter Communications, Inc.*

*Application for admission pro hac vice forthcoming*

</div>
</div>

2

## CERTIFICATE OF SERVICE

I certify that today I electronically filed this **MOTION FOR ADMISSION OF RYAN D. WATSTEIN *PRO HAC VICE*** with the Clerk of Court using the CM/ECF filing system, which will automatically send an electronic copy to all counsel of record.

Dated: March 10, 2020.

*/s / Trevor L. Bradley*
Trevor L. Bradley

3