**ATTACHMENT A**

Ryan D. Watstein – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| Georgia (Bar No. **266019**) | 01/07/2010 | Yes |
| Florida (Bar No.**93945**) | 11/17/2011 | Yes |

| | |
|---|---|
| Georgia State Bar | Florida State Bar |
| 104 Marietta Street NW | 651 E. Jefferson Street |
| Suite 100 | Tallahassee, Florida 32399-2300 |
| Atlanta, Georgia 30303 | (850) 561-5600 |
| (404) 527-8700/(800) 334-6865 | |

Ryan D. Watstein – Court Admissions

| Court | Date Admitted | Good Standing |
|---|---|---|
| U.S. Court of Appeals 11th Circuit (No Bar Number) | 04/19/2011 | Yes |
| U.S. Court of Appeals 2nd Circuit (No Bar Number) | 03/01/2019 | Yes |
| U.S.D.C. ND Georgia (Bar No. 266019) | 07/19/2010 | Yes |
| U.S.D.C. MD Georgia (Bar No. 266019) | 08/17/2010 | Yes |
| Georgia Supreme Court (Bar No. 266019) | 06/02/2015 | Yes |
| Georgia State/Superior Courts (Bar No. 266019) | 01/07/2010 | Yes |
| Florida Circuit Courts (Bar No. 93945) | 11/17/2011 | Yes |
| Florida District Courts of Appeal (Bar No. 93945) | 11/17/2011 | Yes |
| Florida Supreme Court (Bar No. 93945) | 11/17/2011 | Yes |
| U.S.D.C. SD Florida (Bar No. 93945) | 04/02/2012 | Yes |
| U.S.D.C. MD Florida (Bar No. 93945) | 09/02/2015 | Yes |
| U.S.D.C. ND Florida (Bar No. 93945) | 05/04/2018 | Yes |