

# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

MAR 16 2020 PM2:29
FILED-USDC-CT-HARTFORD

Mr. Adamson Bennett Starr
Kabat Chapman & Ozmer LLP
171 17th Street Suite 1550
Atlanta, GA 30363

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 11/15/2006
**BAR NUMBER:** 212325
**TODAY'S DATE:** 02/28/2020

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

## STATE BAR OF GEORGIA

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-1225
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435