AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| Daniel Rease, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-00150-RNC |
| Charter Communications, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Charter Communications, Inc.

Date: 03/19/2020

/s/ Adamson B. Starr
*Attorney's signature*

Adamson B. Starr (admitted pro hac vice)
*Printed name and bar number*

Kabat Chapman & Ozmer LLP
171 17th Street, NE, Suite 1550
Atlanta, Georgia 30363
*Address*

astarr@kcozlaw.com
*E-mail address*

(404) 400-7300
*Telephone number*

(404) 400-7333
*FAX number*