## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

## DEFENDANT CHARTER COMMUNICATIONS, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Defendant Charter Communications, Inc. ("Charter") hereby makes the following disclosures in compliance with Rule 7.1 of the Federal Rules of Civil Procedure:

1. Charter is a publicly held company.

2. Based on publicly available information, Charter is aware that Liberty Broadband Corporation owns 10% or more of Charter's stock. Liberty Broadband Corporation is also a publicly held company.

Dated:  March 30, 2020.

                **KABAT CHAPMAN & OZMER LLP**

                /s/ *Ryan D. Watstein*
                Ryan D. Watstein (*pro hac vice*)
                rwatstein@kcozlaw.com
                Adamson B. Starr (*pro hac vice*)
                astarr@kcozlaw.com
                171 17th Street NW, Suite 1550
                Atlanta, Georgia 30363
                404-400-7300
                404-400-7333 (fax)

and

**ROBINSON & COLE LLP**

Brian E. Moran
Connecticut Bar No. ct05058
bmoran@rc.com
Trevor L. Bradley
Connecticut Bar No. ct29993
tbradley@rc.com
1055 Washington Boulevard
Stamford, CT  06901
800-762-7826
203-462-7599 (fax)

*Counsel for Defendant Charter Communications, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that today I filed **DEFENDANT CHARTER COMMUNICATIONS, INC.'S RULE 7.1 DISCLOSURE STATEMENT** using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

*/s/ Ryan D. Watstein*
Ryan D. Watstein (*pro hac vice*)
