## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br><br>   v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>                                  Defendant. | Civil Action No.: 3:20-cv-00150-RNC<br><br>PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO STAY |

      Plaintiff Daniel Rease hereby moves for an extension of time, up to and including April 23, 2020, to file an opposition to Defendant's Motion to Stay (ECF No. 31). Good cause exists because, due to scheduling conflicts and disruptions caused by the COVID-19 pandemic, Plaintiff requires this brief extension to fully brief the issues set forth in Defendant's motion.

      Counsel for Defendant has consented to the extension. This is Plaintiff's first motion for an extension of time to oppose Defendant's motion.

      WHEREFORE, Plaintiff requests that this Court enter an Order granting him additional time, through and including April 23, 2020, within which to file an opposition to Defendant's Motion to Stay.

Date: April 7, 2020 By:   /s/ Philip L. Fraietta
  Philip L. Fraietta

Philip L. Fraietta (*pro hac vice*)
pfraietta@bursor.com
Joseph I. Marchese*
jmarchese@bursor.com
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, New York 10019
Telephone:  + 1 (646) 837-7150
Facsimile:  + 1 (212) 989-9163

Frank S. Hedin*
fhedin@hedinhall.com
David W. Hall*
dhall@hedinhall.com
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone:  + 1 (305) 357-2107
Facsimile:  + 1 (305) 200-8801

James J. Reardon, Jr.
james.reardon@reardonscanlon.com
**REARDON SCANLON LLP**
45 S. Main Street, 3rd Floor
West Hartford, Connecticut 06110
Telephone:  + 1 (860) 955-9455
Facsimile:  + 1 (860) 920-5242

* *Pro Hac Vice* Application Forthcoming

*Counsel for Plaintiff and the Putative Class*

2