UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>   Defendant. | Case No. 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

**DEFENDANT CHARTER COMMUNICATIONS, INC.'S NOTICE OF AUTHORITY AND REQUEST TO STAY CASE PENDING *AAPC* ALONE**

In its pending Motion to Stay, Defendant Charter Communications, Inc. ("Charter") requested that the Court stay this case pending "the Supreme Court's forthcoming decision in [*Barr v. American Association of Political Consultants*, No. 19-631 (U.S. Jan. 10, 2020) ("*AAPC*")] and, if that decision is not wholly outcome-determinative, the Second Circuit's decisions in *Kloth-Zanard v. Bank of America*, No. 19-2043 and *La Boom Disco, Inc. v. Duran*, No. 19-600." Doc. 31 at 16. Charter hereby gives notice that the Second Circuit decided one of the latter cases yesterday. *Duran v. La Boom Disco, Inc.*, No. 19-600-CV,___ F.3d___, 2020 WL 1682773 (2d Cir. Apr. 7, 2020). That case clarified the meaning of ATDS in the Second Circuit. *Id.*

Thus, Charter respectfully requests that the Court stay this action pending the Supreme Court's decision in *AAPC* alone.

Dated: April 8, 2020.

**KABAT CHAPMAN & OZMER LLP**

/s/ *Ryan D. Watstein*

1

Ryan D. Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
Adamson B. Starr (*pro hac vice*)
astarr@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
404-400-7300
404-400-7333 (fax)

and

**ROBINSON & COLE LLP**

Brian E. Moran
Connecticut Bar No. ct05058
bmoran@rc.com
Trevor L. Bradley
Connecticut Bar No. ct29993
tbradley@rc.com
1055 Washington Boulevard
Stamford, CT  06901
800-762-7826
203-462-7599 (fax)

*Counsel for Defendant Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

I certify that today I filed **DEFENDANT CHARTER COMMUNICATIONS, INC.'S NOTICE OF AUTHORITY AND REQUEST TO STAY CASE PENDING *AAPC* ALONE** using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

                                                          /s/ *Ryan D. Watstein*
                                                        Ryan D. Watstein (*pro hac vice*)