**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated, | Case No. 3:20-cv-00150-RNC |
| Plaintiff, | |
| v. | Hon. Robert N. Chatigny |
| CHARTER COMMUNICATIONS, INC., | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF AUTHORITY**

**NOTICE IS HEREBY GIVEN** that the Supreme Court has issued a decision in *Barr v. American Association of Political Consultants*, No. 19-631 (hereinafter "*AAPC*").  In *AAPC*, the Supreme Court affirmed the ruling of the Fourth Circuit and held that, while the debt-collection exception to the Telephone Consumer Protection Act, 47 U.S.C. § 227, was unconstitutional, it was severable from the remainder of the Telephone Consumer Protection Act.  *AAPC*, at 25, https://www.supremecourt.gov/opinions/19pdf/19-631_2d93.pdf ("We hold that the 2015 government-debt exception added an unconstitutional exception to the law.  We cure that constitutional violation by invalidating the 2015 government-debt exception and severing it from the remainder of the statute.").  Accordingly, this Court should lift the stay on this case that was issued pending *AAPC*.  ECF No. 41.

Dated: July 6, 2020

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: _____ */s/ Philip L. Fraietta*_____
Philip L. Fraietta

Joseph I. Marchese*

Philip L. Fraietta (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, New York 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  jmarchese@bursor.com
        pfraietta@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin*
David W. Hall*
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058
Email: fhedin@hedinhall.com
        dhall@hedinhall.com

**REARDON SCANLON LLP**
James J. Reardon, Jr.
45 S. Main Street, 3rd Floor
West Hartford, Connecticut 06110
Telephone: (860) 955-9455
Facsimile:  (860) 920-5242
E-Mail: james.reardon@reardonscanlon.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


 /s/ James J. Reardon, Jr.
James J. Reardon, Jr.