UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No.: 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

**DEFENDANT'S MOTION FOR PRE-FILING CONFERENCE**

Pursuant to this Court's chambers practices, Charter Communications, Inc. ("Charter") moves for a pre-filing conference in order to seek the Court's permission to file a motion for judgment on the pleadings in this matter. Charter requests said pre-filing conference to discuss the grounds upon which it intends to base its motion for judgment on the pleadings.

Charter intends to bring its motion for judgment on the pleadings on the grounds that the Court lacks subject matter jurisdiction over the claims in the Complaint because *Barr v. American Association of Political Consultants, Inc.*, 140 S.Ct. 2335 (2020) held that the automated-call ban of the Telephone Consumer Protection Act, upon which Plaintiff's claims are entirely based, was unconstitutional from 2015 through July 6, 2020. Because the Court lacks jurisdiction to enforce violations of an unconstitutional statute, judgment must be granted in favor of Charter.

21072224-v1

**WHEREFORE**, Charter respectfully requests that this Court grant its Motion for Pre-Filing Conference to discuss Charter's request to file a motion for judgment on the pleadings.

**KABAT CHAPMAN & OZMER LLP**

*/s/ Ryan D. Watstein*
Ryan D. Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
(404) 400-7300
(404) 400-7333 (fax)
*Counsel for Defendant Charter Communications, Inc.*

**ROBINSON & COLE LLP**

Brian E. Moran
Connecticut Bar No. ct05058
bmoran@rc.com
Trevor L. Bradley
Connecticut Bar No. ct29993
tbradley@rc.com
1055 Washington Boulevard
Stamford, CT 06901
203-462-7500
203-462-7599 (fax)

## CERTIFICATE OF SERVICE

I certify that today I electronically filed this ***DEFENDANT'S MOTION FOR PRE-FILING CONFERENCE*** with the Clerk of Court using the CM/ECF filing system, which will automatically send an electronic copy to all counsel of record.

Dated: August 19, 2020.

*/s/ Trevor L. Bradley*
Trevor L. Bradley
