UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No.: 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

## DECLARATION OF PHILIP MONTSINGER IN SUPPORT OF MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)

1.      My name is Philip Montsinger. I am over the age of 18, and I am competent to make this declaration.

2.      I am the Vice President, Call Center Technology Operations at Charter Communications, LLC ("Charter").

3.      Charter performs certain business functions for its subsidiaries and affiliates (the "Spectrum Entities"), which, in turn, provide cable, internet, and telephone services in certain areas within forty-one states.

4.      One of the Spectrum Entities is Spectrum Mobile, LLC ("Spectrum Mobile"). Spectrum Mobile is a Delaware limited liability company with its principal place of business in Missouri.

5.      At all times relevant to this lawsuit, Spectrum Mobile has provided residential mobile phone services in Florida, where I understand Plaintiff resides.

6.      During and as a result of the ordinary course of my regularly conducted business, I have access to and personal knowledge of the business records, policies, and/or electronic databases and reports generated and maintained by the Spectrum Entities.

7.      In providing its services to subscribers, the Spectrum Entities contract with vendors to act in various support roles.

8.      One vendor with which Spectrum Mobile contracts through its affiliated entities is SkyCreek Corporation ("SkyCreek"). Spectrum Mobile utilizes SkyCreek's technology to provide information-communication services, including to send SMS communications to subscribers under certain circumstances, such as to confirm Spectrum Mobile orders placed by subscribers.

9.      The Spectrum technology that interacts with SkyCreek to send Spectrum Mobile's SMS communications is located in Charlotte, North Carolina and Centennial, Colorado. The logs of the SMS communications sent by SkyCreek on behalf of Spectrum Mobile are stored on SkyCreek's servers.

10.     We have investigated Plaintiff's claims that he received text messages to his telephone number: (727) XXX-7106 ("Subject Number"). Spectrum Mobile's records reflect that SkyCreek transmitted the two text messages referenced in the Complaint to the Subject Number on January 13 and January 14, 2020 on behalf of Spectrum Mobile.

11.     727 is a Florida area code.

12.     Spectrum Mobile's records reflect that the text messages sent to the Subject Number were intended for a Spectrum Mobile subscriber in Clearwater, Florida, whose cellular telephone number is identical to Plaintiff's except for one digit. Attached as Exhibit A is a true and correct copy of a customer record generated and maintained in the ordinary course of business,

which indicates the Subject Number was provided to Spectrum Mobile by a customer with a Florida area code and an address in Clearwater, Florida.

13.     Spectrum Mobile's records reflect that, during a call with the intended recipient, a Spectrum Mobile representative based in Florida, from a call center located at 4145 S. Falkensburg Rd, Riverview, Florida, inadvertently typed the Subject Number into the Spectrum Mobile system, resulting in the Subject Number becoming associated with the intended recipient's Spectrum Mobile account. The Spectrum Mobile representative then read back the mistyped phone number to the Spectrum Mobile customer (the intended recipient), who confirmed (apparently by mistake) that the mistyped phone number was the best number at which to reach him.

[Signature on Following Page]

I declare under penalty of perjury that the foregoing declaration and the facts stated in it are true and correct. Executed on this 24 day of August, 2020 in Charlotte, North Carolina

_____
Philip Montsinger

# Exhibit A

