UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No.: 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

### DECLARATION OF MARK WILBURN IN SUPPORT OF MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)

1. My name is Mark Wilburn. I am over the age of 18, and I am competent to make this declaration.

2. I am the Chief Technology Officer at SkyCreek Corporation ("SkyCreek"). I have personal knowledge of the matters set forth herein, and, if called and sworn as a witness, I could and would competently testify thereto.

3. SkyCreek is based in Northern Virginia.

4. SkyCreek does not have any ties to or employees located in Connecticut.

5. SkyCreek does not send text messages from Connecticut.

6. SkyCreek does not maintain any records outside of Virginia.

I declare under penalty of perjury that the foregoing declaration and the facts stated in it are true and correct. Executed on this 21 day of August, 2020 in Herndon, Virginia.

*/s/ Mark Wilburn*
Mark Wilburn