## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>   Defendant. | Case No.: 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

## **DECLARATION OF PHILIP MONTSINGER IN SUPPORT OF MOTION TO STAY**

The undersigned hereby declares as follows:

1. My name is Philip Montsinger. I am over the age of 18, and I am competent to make this declaration.

2. I am the Vice President, Call Center Technology Operations at Charter Communications, LLC ("Charter").

3. Charter performs certain business functions for its subsidiaries and affiliates (the "Spectrum Entities"), which, in turn, provide cable, internet, and telephone services in certain areas within forty-one states.

4. During and as a result of the ordinary course of my regularly conducted business, I have access to and personal knowledge of the business records, policies, and/or electronic databases and reports generated and maintained by the Spectrum Entities.

5. One of the Spectrum Entities is Spectrum Mobile, LLC ("Spectrum Mobile"). Spectrum Mobile is a Delaware limited liability company with its principal place of business in Missouri.

6. The information contained herein is based upon my personal knowledge along with my review of the business records, policies, and/or electronic databases and reports generated and maintained by me in the ordinary course of Charter's regularly conducted business.

7. I have reviewed the Complaint in this matter and, specifically, the allegations in paragraphs 13 and 14 that the Plaintiff received a series of text messages pertaining to alerts from Spectrum Mobile regarding order shipments (¶¶ 13-14).

8. As part of my duties and responsibilities, I have personal knowledge of the ways in which Spectrum Mobile communicates with its customers based on those customers' selected communication preferences, including with regard to notices regarding shipment of mobile orders, such as the messages the Plaintiff in this case alleges he received in the Complaint.

9. In order to provide this information to its customers, Spectrum Mobile utilizes a multi-channel customer communications service platform (the "Platform"). The Platform can only communicate with the phone numbers that are provided to Spectrum Mobile by customers. The Platform does not have the capacity to generate random or sequential phone numbers, or to generate any numbers itself. Spectrum Mobile has no business purpose for a system that dials random or sequential numbers; rather, the Platform is only used to contact its customers, based on information provided to Spectrum Mobile by those customers, for very specific, legitimate business purposes, including notices regarding shipment of mobile orders, such as the ones the Plaintiff alleges he received, and payment reminders, tech appointment notifications, client surveys, and outage notifications.

I declare under penalty of perjury that the foregoing Declaration and the facts stated in it are true and correct. Executed on this 24 day of August, 2020 in Charlotte, North Carolina.

*Philip Montsinger*
Philip Montsinger