# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　　Defendant. | Case No.: 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

## MOTION FOR ADMISSION OF PAUL A. GRAMMATICO *PRO HAC VICE*

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, Defendant Charter Communications, Inc. ("Defendant"), by and through its undersigned counsel, respectfully requests that the court admit Paul A. Grammatico *pro hac* vice to appear in this Court on behalf of the Defendant in the above-captioned matter. Sponsoring counsel, Trevor L. Bradley, is an attorney with Robinson & Cole LLP in Stamford, Connecticut. He is a member in good standing of the Bar of this Court. Service of all papers connected with this lawsuit may be made on Attorney Bradley in accordance with Local Rule 83.1(c). In support of this motion, Defendant submits the attached Affidavit of Paul A. Grammatico, in which he states his qualifications for admission *pro hac* vice in accordance with Local Rule 83.1(d).

Dated: September 17, 2020.

| **ROBINSON & COLE LLP** | **KABAT CHAPMAN & OZMER LLP** |
|---|---|
| */s / Trevor L. Bradley* | Ryan D. Watstein |
| Brian E. Moran | Florida Bar No. 93945 |
| Connecticut Bar No. ct05058 | rwatstein@kcozlaw.com |
| bmoran@rc.com | 171 17th St. NW, Suite 1550 |
| Trevor L. Bradley | Atlanta, Georgia 30318 |
| Connecticut Bar No. ct29993 | 404-400-7300 |
| tbradley@rc.com | 404-400-7333 (fax) |
| | |
| 1055 Washington Boulevard | Paul A. Grammatico* |
| Stamford, CT  06901 | California Bar No. 246380 |
| 800-762-7826 | pgrammatico@kcozlaw.com |
| 203-462-7599 (fax) | 333 S. Grand Ave., Suite 2225 |
| | Los Angeles, California 90071 |
| *Counsel for Defendant* | (213) 493-3988 |
| *Charter Communications, Inc.* | (404) 400-7333 (fax) |
| | |
| | *Counsel for Defendant* |
| | *Charter Communications, Inc.* |
| | |
| | *\*Application for admission pro hac vice forthcoming* |

## **CERTIFICATE OF SERVICE**

I certify that today I electronically filed this **MOTION FOR ADMISSION OF PAUL A. GRAMMATICO** *PRO HAC VICE* with the Clerk of Court using the CM/ECF filing system, which will automatically send an electronic copy to all counsel of record.

Dated: September 17, 2020.

*/s / Trevor L. Bradley*
Trevor L. Bradley
