**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DANIEL REASE, individually and on behalf
of all others similarly situated,

      Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,

      Defendant.

Case No.: 3:20-cv-00150-RNC

Hon. Robert N. Chatigny

**DECLARATION OF PAUL A. GRAMMATICO IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to 28 U.S. Code § 1746, the undersigned, PAUL A. GRAMMATICO, says that:

1.      I am over eighteen (18) years of age and believe in the obligations of an oath;

2.      I submit this affidavit in support of the motion for my admission *pro hac* vice to represent Charter Communications, Inc. in these proceedings pursuant to Rule 83.1(d)(1) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut;

3.      I am Of Counsel at the law firm of Kabat Chapman & Ozmer LLP.  My business address, email address, telephone number and fax number are as follows:

      Paul A. Grammatico
      Kabat Chapman & Ozmer LLP
      333 S. Grand Avenue
      Suite 2225
      Los Angeles, CA  90071
      (213) 493-3988 (Telephone)
      (404) 400-7333 (Facsimile)
      pgrammatico@kcozlaw.com

4.      I am a member in good standing of the Bar of the State of California (No. 246380).

Please see Attachment A listing my current admissions information.

5.      I have no pending disciplinary complaints lodged against me as to which a finding has been made that such complaint should proceed to a hearing;

6.      I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint;

7.      I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct; and

8.      I designate my sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2020.

_____
Paul A. Grammatico

<u>Attachment A</u>

**Paul A. Grammatico**

**California State Bar No. 246380 Admitted: 12/4/2006**

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING |
|---|---|---|
| USDC Central District of California<br>(Bar No. 246380) | 12/15/2006 | YES |
| USDC Southern District of California<br>(Bar No. 246380) | 1/4/2010 | YES |
| USDC Northern District of California<br>(Bar No. 246380) | 6/18/2010 | YES |
| USDC Eastern District of California<br>(Bar No. 246380) | 1/21/2010 | YES |
| US Appellate Court of Appeals<br>9th Circuit<br>(No Bar Number) | 12/14/2006 | YES |