AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Daniel Rease | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:20-cv-00150-RNC |
| Charter Communications, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Charter Communications, Inc.

Date:   09/21/2020

/s/ Paul A. Grammatico
*Attorney's signature*

Paul A. Grammatico (admitted pro hac vice)
*Printed name and bar number*
Kabat Chapman & Ozmer LLP
333 S. Grand Avenue Suite 2225
Los Angeles, California 90071

*Address*

pgrammatico@kcozlaw.com
*E-mail address*

(213) 493-3988
*Telephone number*

(404) 400-7333
*FAX number*