## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.: 3:20-cv-00150-RNC |
| v. | Hon. Robert N. Chatigny |
| CHARTER COMMUNICATIONS, INC., | |
| Defendant. | |

### DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS
(*Hussain v. Sullivan Buick-Cadillac-GMC Truck, Inc., et al*)

DATED: December 14, 2020

*/s/ Ryan D.  Watstein*
**KABAT CHAPMAN & OZMER LLP**
Ryan D. Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
(404) 400-7300
(404) 400-7333 (fax)

Paul A. Grammatico (*pro hac vice*)
pgrammatico@kcozlaw.com
333 S. Grand Avenue, Suite 2225
Los Angeles, California 90071
(213) 493-3988
(404) 400-7333 (fax)

**ROBINSON & COLE LLP**

Brian E.  Moran
Connecticut Bar No.  ct05058
bmoran@rc.com
Trevor L.  Bradley
Connecticut Bar No.  ct29993
tbradley@rc.com
1055 Washington Boulevard
Stamford, CT  06901

203-462-7500
203-462-7599 (fax)

*Counsel for Defendant Charter*
*Communications, Inc.*

Defendant Charter Communications, Inc. ("Charter") hereby gives notice of new, persuasive authority that supports its Motion for Judgment on the Pleadings (Doc. 47; Doc. 57; Doc. 66):  *Hussain v. Sullivan Buick-Cadillac-GMC Truck, Inc., et al.*, 5:20-cv-00038-JSM-PR, Doc. 74 (M.D. Fla. Dec. 11, 2020), which is attached as Exhibit A.  In *Hussain*, Judge James S. Moody, Jr. dismissed the plaintiff's TCPA claim, holding that *Barr v. American Association of Political Consultants*, *Inc.*, 140 S. Ct. 2335 (2020) deprives federal courts of subject matter jurisdiction over alleged violations of the automated-call ban from 2015 to July 6, 2020, because this provision was an unconstitutional content-based restriction during that period, and federal courts are without jurisdiction to enforce unconstitutional statutes.  Ex. A at 5-7.

DATED: December 14, 2020

**KABAT CHAPMAN & OZMER LLP**

*/s/ Ryan D.  Watstein*
Ryan D.  Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
(404) 400-7300
(404) 400-7333 (fax)
*Counsel for Defendant Charter*
*Communications, Inc.*

Paul A. Grammatico (*pro hac vice*)
pgrammatico@kcozlaw.com
333 S. Grand Avenue, Suite 2225
Los Angeles, California 90071
(213) 493-3988
(404) 400-7333 (fax)

**ROBINSON & COLE LLP**

Brian E.  Moran
Connecticut Bar No.  ct05058
bmoran@rc.com
Trevor L.  Bradley
Connecticut Bar No.  ct29993

tbradley@rc.com
1055 Washington Boulevard
Stamford, CT  06901
203-462-7500
203-462-7599 (fax)

**<u>CERTIFICATE OF SERVICE</u>**

I certify that today I electronically filed this ***DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS*** with the Clerk of Court using the CM/ECF filing system, which will automatically send an electronic copy to all counsel of record.

Dated: December 14, 2020.          */s/ Ryan D. Watstein*
                                   Ryan D. Watstein (*pro hac vice*)