**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　　　　Defendant. | Case No. 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

**DEFENDANT CHARTER COMMUNICATIONS, INC.'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Charter hereby requests leave to file the attached response to Plaintiff's notice of supplemental authority in opposition to Charter's motion for judgment on the pleadings. Plaintiff's notice directs the Court to an order denying a motion to dismiss in *Abramson v. Federal Insurance Company*, No. 8:19-cv-02524, Dkt. 60 (M.D. Fla. Dec. 11, 2020). Charter seeks leave to respond to this notice because Plaintiff fails to point out that *Abramson* is a house of cards. It contains no independent reasoning of its own and instead "adopts" reasoning of other courts that supposedly considered the issue raised by defendant there and Charter here. However, none of the decisions that *Abramson* cites even touched on the relevant jurisdictional question: whether a court can enforce a speech restriction during the time it was unconstitutional. Notably, *Abramson* was decided without the benefit of a reply brief, which would presumably have informed the court that the cases incorrectly cited by the plaintiff there did not actually address the question presented in *Abramson*. Charter respectfully requests the opportunity to briefly expound on this point and explain why *Abramson* has no bearing on the conclusion that this Court lacks subject matter over Plaintiff's automated-call ban claim.

2

|  |  |
|---|---|
| Dated: December 15, 2020 | **KABAT CHAPMAN & OZMER LLP**<br><br>*/s/ Ryan D. Watstein*<br>Ryan D. Watstein (*pro hac vice*)<br>rwatstein@kcozlaw.com<br>171 17th Street NW, Suite 1550<br>Atlanta, Georgia 30363<br>(404) 400-7300<br>(404) 400-7333 (fax)<br><br>Paul A. Grammatico (*pro hac vice*)<br>pgrammatico@kcozlaw.com<br>333 S. Grand Avenue, Suite 2225<br>Los Angeles, California 90071<br>(213) 493-3988<br>(404) 400-7333 (fax)<br><br>**ROBINSON & COLE LLP**<br><br>Brian E. Moran<br>Connecticut Bar No. ct05058<br>bmoran@rc.com<br>Trevor L. Bradley<br>Connecticut Bar No. ct29993<br>tbradley@rc.com<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>203-462-7500<br>203-462-7599 (fax)<br><br>*Counsel for Defendant Charter Communications, Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that today I filed ***DEFENDANT CHARTER COMMUNICATIONS, INC.'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS*** using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

DATED: December 15, 2020            */s/ Ryan D. Watstein*
                                    Ryan D. Watstein (*pro hac vice*)