UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　　Defendant. | Case No.: 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

**DEFENDANT'S NOTICE OF REQUEST FOR ORAL ARGUMENT ON MOTION FOR JUDGMENT ON THE PLEADINGS (DKT. 47; DKT. 57; DKT. 66)**

DATED: February 24, 2021.

　　　　　　　　　　　　　　　　*/s/ Ryan D. Watstein*
　　　　　　　　　　　　　　　　**KABAT CHAPMAN & OZMER LLP**
　　　　　　　　　　　　　　　　Ryan D. Watstein (*pro hac vice*)
　　　　　　　　　　　　　　　　rwatstein@kcozlaw.com
　　　　　　　　　　　　　　　　171 17th Street NW, Suite 1550
　　　　　　　　　　　　　　　　Atlanta, Georgia 30363
　　　　　　　　　　　　　　　　(404) 400-7300
　　　　　　　　　　　　　　　　(404) 400-7333 (fax)

　　　　　　　　　　　　　　　　Paul A. Grammatico (*pro hac vice*)
　　　　　　　　　　　　　　　　pgrammatico@kcozlaw.com
　　　　　　　　　　　　　　　　333 S. Grand Avenue, Suite 2225
　　　　　　　　　　　　　　　　Los Angeles, California 90071
　　　　　　　　　　　　　　　　(213) 493-3988
　　　　　　　　　　　　　　　　(404) 400-7333 (fax)

　　　　　　　　　　　　　　　　**ROBINSON & COLE LLP**

　　　　　　　　　　　　　　　　Brian E. Moran
　　　　　　　　　　　　　　　　Connecticut Bar No. ct05058
　　　　　　　　　　　　　　　　bmoran@rc.com
　　　　　　　　　　　　　　　　Trevor L. Bradley
　　　　　　　　　　　　　　　　Connecticut Bar No. ct29993
　　　　　　　　　　　　　　　　tbradley@rc.com
　　　　　　　　　　　　　　　　1055 Washington Boulevard
　　　　　　　　　　　　　　　　Stamford, CT  06901
　　　　　　　　　　　　　　　　203-462-7500
　　　　　　　　　　　　　　　　203-462-7599 (fax)

1

*Counsel for Defendant Charter Communications, Inc.*

Defendant Charter Communications, Inc. ("Charter") hereby files this notice to request oral argument on its pending Motion for Judgment on the Pleadings ("Motion").[1]  *See* Dkt. 47; Dkt. 57; Dkt. 66.  Since Charter filed its Motion, numerous courts have issued decisions addressing whether *Barr v. American Association of Political Consultants, Inc*., 140 S. Ct. 2335 (2020) deprives the Federal Courts of subject matter jurisdiction for alleged violations of the automated-call ban that occurred during the period it was unconstitutionally discriminatory (while it contained the government exception).  *See, e.g.*, Dkts. 63, 66, 68, 69, 73, 74, 77, 78, 79  These decisions have come down on both sides of the issue, and even those that agreed on the result disagreed on the rationale.  Further, a few courts have reasoned that the government exception was void *ab initio*, meaning that liability attaches to both government and non-government speakers for alleged violations of the automated-call ban while it contained the government exception.  *See, e.g.*, Dkt. 74, Dkt. 77.  But those courts stopped short of addressing the necessary results of such a ruling: that it would impose trillions in liability for calls placed in express reliance on the government exception, in violation of Due Process and the Ex Post Facto Clause.  Given these differing results and rationales, and the fact that several of the recent rulings retroactively render illegal conduct that Congress expressly allowed at the time, Charter believes oral argument would assist the Court in deciding the Motion.  Charter therefore respectfully renews its request for oral argument on its pending Motion for Judgment on the Pleadings.

---

[1] Charter requested oral argument when it originally filed its Motion, but the legal landscape has changed significantly since then, as described herein.  Charter files this notice to ensure the Court was aware of this when deciding whether to hold oral argument.

| | |
|---|---|
| DATED: February 24, 2021. | **KABAT CHAPMAN & OZMER LLP**<br><br>*/s/ Ryan D. Watstein*<br>Ryan D. Watstein (*pro hac vice*)<br>rwatstein@kcozlaw.com<br>171 17th Street NW, Suite 1550<br>Atlanta, Georgia 30363<br>(404) 400-7300<br>(404) 400-7333 (fax)<br>*Counsel for Defendant Charter Communications, Inc.*<br><br>Paul A. Grammatico (*pro hac vice*)<br>pgrammatico@kcozlaw.com<br>333 S. Grand Avenue, Suite 2225<br>Los Angeles, California 90071<br>(213) 493-3988<br>(404) 400-7333 (fax)<br><br>**ROBINSON & COLE LLP**<br><br>Brian E. Moran<br>Connecticut Bar No. ct05058<br>bmoran@rc.com<br>Trevor L. Bradley<br>Connecticut Bar No. ct29993<br>tbradley@rc.com<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>203-462-7500<br>203-462-7599 (fax) |

## CERTIFICATE OF SERVICE

I certify that today I electronically filed this ***DEFENDANT'S NOTICE OF REQUEST FOR ORAL ARGUMENT ON MOTION FOR JUDGMENT ON THE PLEADINGS (DKT. 47; DKT. 57; DKT. 66)*** with the Clerk of Court using the CM/ECF filing system, which will automatically send an electronic copy to all counsel of record.

Dated: February 24, 2021.         */s/ Ryan D. Watstein*
                                   Ryan D. Watstein (*pro hac vice*)