**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>                              Defendant. | Case No. 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Daniel Rease respectfully submits this Notice of Supplemental Authority regarding the pending Motion for Judgment on the Pleadings. *See* ECF Nos. 47, 50, 57, 62, 66. Plaintiff brings the following cases to this Court's attention as they relate to the parties' respective arguments concerning the issue of subject matter jurisdiction in light of the Supreme Court's ruling in *Barr v. American Ass'n of Pol. Consultants, Inc.*, 140 S. Ct. 2335 (2020):

A.  *Boisvert v. Carnival Corp.*, Case No. 8:20-cv-02076-JSM-SPF, ECF No. 30 (M.D. Fla. March 12, 2021) (Moody, J.). The *Boisvert* decision is attached hereto as Exhibit A.[1]

B.  *Massaro v. Beyond Meat, Inc.* Case No. 3:20-cv-00510-AJB-MSB, ECF No. 92 (S.D. Cal. Mar. 12, 2021) (Battaglia, J.). The *Massaro* decision is attached hereto as Exhibit B.

C.  *Gabertan v. Walmart, Inc.*, Case No. 3:20-cv-05520-BHS, ECF No. 73 (W.D. Wash. Mar. 5, 2021) (Settle, J.). The *Gabertan* decision is attached hereto as Exhibit C.

---

[1] Previously, Judge Moody had held the TCPA was unconstitutional during the time in which the government-debt collector exception was in effect. *Hussain v. Sullivan Buick-Cadillac-GMC Truck, Inc.*, 2020 WL 7346536 (M.D. Fla. Dec. 11, 2020). But in *Boisvert*, Judge Moody "depart[ed] from its earlier opinion because, since the Court's Order in *Hussain*, every court faced with this same issue has concluded that a plaintiff may continue to bring § 227(b) claims post-*AAPC*." *Boisvert*, ECF No. 30, at 4. Accordingly, Judge Moody, "having the benefit now of reading all of these cases, [now] agrees with this majority view." *Id.* at 5.

D.  *Distasio v. Edible Arrangements, LLC*, No. 3:16-cv-00538-VLB, ECF No. 135 (D. Conn. Feb. 1, 2021) (Bryant, J.).  The *Distasio* decision is attached hereto as Exhibit D.

E.   *Johansen v. Loandepot.com, LLC*, Case No. 8:20-cv-00919-DOC-JDE, ECF No. 71 (C.D. Cal. Jan. 31, 2021) (Carter, J.).  The *Johansen* decision is attached hereto as Exhibit E.

F.  *Rieker v. National Car Cure, LLC*, No. 3:20-cv-05901-TKW-HTC, ECF No. 10 (N.D. Fla. Jan. 5, 2021) (Wetherell II, J.). The *Rieker* decision is attached hereto as Exhibit F.

Dated: March 17, 2021                       Respectfully submitted,

By:   */s/ Philip L. Fraietta*
              Philip L. Fraietta

**BURSOR & FISHER, P.A**.
Joseph I. Marchese*
Philip L. Fraietta (*pro hac vice*)
888 Seventh Avenue, Third Floor
New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email:  jmarchese@bursor.com
 pfraietta@bursor.com


**HEDIN HALL LLP**
Frank S. Hedin*
David W. Hall*
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058
Email: fhedin@hedinhall.com
dhall@hedinhall.com

**REARDON SCANLON LLP**
James J. Reardon, Jr.
45 S. Main Street, 3rd Floor
West Hartford, Connecticut 06110
Telephone: (860) 955-9455
Facsimile:  (860) 920-5242
E-Mail: james.reardon@reardonscanlon.com

*To Be Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I, Philip L. Fraietta, an attorney, hereby certify that on March 17, 2021, I served the above and foregoing Plaintiff's Notice of Supplemental Authority on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF system.

*/s/ Philip L. Fraietta*
Philip L. Fraietta