UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>                          Defendant. | Case No. 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Daniel Rease respectfully submits this Response to Defendant Charter Communications, Inc.'s Notice of Supplemental Authority regarding the pending Motion to Stay. *See* ECF No. 87. Plaintiff does not oppose Defendant bringing *Facebook, Inc. v. Duguid*, --- S.Ct. ---, 2021 WL 1215717 (U.S. Apr. 1, 2021) to the Court's attention, which as recognized by Defendant "moot[s] Charter's pending motion to stay." ECF No. 87.

Plaintiff objects, however, to Defendant's characterization that "*Facebook* therefore eliminates Plaintiff's ATDS claims because the dialing system at issue 'does not have the current capacity or ability, nor has it ever had the capacity or ability, to store or produce telephone numbers to be called, using a random or sequential number generator,' and Plaintiff has adduced no evidence to the contrary during the nearly fourteen months this case has been pending." ECF No. 87.

As it stands, Plaintiff has alleged that Defendant's dialing system constitutes an ATDS, even under the more restrictive definition set out in *Facebook*. *See Brand v. ADT, LLC*, Case No. 1:19-cv-07281, ECF No. 48, at 3 (N.D. Ill. Sept. 4, 2020) (denying motion to dismiss ATDS claim under restrictive definition and noting "[t]he question in the present case, then, is whether Plaintiff has pleaded sufficient facts to plausibly suggest that such a device has been used in this

case"). Plaintiff is allowed to prove the veracity of those assertions through discovery. To date, however, Defendant has **stonewalled** Plaintiff's discovery efforts while Defendants various motions to stay were pending. Indeed, on August 20, 2020, Defendant objected to Plaintiff's discovery requests and refused to produce relevant documents on Defendant's calling system in light of Defendant's pending motions. It is thus incorrect for Defendant to suggest "Plaintiff has adduced no evidence [on the ATDS issue] during the nearly fourteen months this case has been pending" when Plaintiff has not had the opportunity to do so.

Dated: April 9, 2021                                Respectfully submitted,

                                                    By:    /s/ Philip L. Fraietta
                                                           Philip L. Fraietta

                                                    **BURSOR & FISHER, P.A**.
                                                    Joseph I. Marchese*
                                                    Philip L. Fraietta (*pro hac vice*)
                                                    888 Seventh Avenue, Third Floor
                                                    New York, New York 10019
                                                    Telephone: (646) 837-7150
                                                    Facsimile: (212) 989-9163
                                                    Email:  jmarchese@bursor.com
                                                     pfraietta@bursor.com


                                                    **HEDIN HALL LLP**
                                                    Frank S. Hedin*
                                                    David W. Hall*
                                                    Four Embarcadero Center, Suite 1400
                                                    San Francisco, California 94104
                                                    Telephone: (415) 766-3534
                                                    Facsimile: (415) 402-0058
                                                    Email: fhedin@hedinhall.com
                                                    dhall@hedinhall.com

                                                    **REARDON SCANLON LLP**
                                                    James J. Reardon, Jr.
                                                    45 S. Main Street, 3rd Floor
                                                    West Hartford, Connecticut 06110
                                                    Telephone: (860) 955-9455
                                                    Facsimile:  (860) 920-5242

E-Mail: james.reardon@reardonscanlon.com

*To Be Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Philip L. Fraietta, an attorney, hereby certify that on April 9, 2021, I served the above and foregoing Plaintiff's Response to Defendant's Notice of Supplemental Authority on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF system.

*/s/ Philip L. Fraietta*
Philip L. Fraietta