## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>        Defendant. | Case No. 3:20-cv-00150-RNC<br><br><br>Hon. Robert N. Chatigny |

### DEFENDANT CHARTER COMMUNICATIONS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Charter Communications, Inc. hereby notifies the Court of additional supplemental authority in support of its motion for judgment on the pleadings. ECF 47; ECF 57. For the Court's consideration, Charter provides the attached letter brief submitted to the United States Court of Appeals for the Sixth Circuit in *Lindenbaum v. Realgy, LLC*, No. 20-4252 (6th Cir.) ("*Lindenbaum* Appeal"), which succinctly identifies three critical recurring errors made by the district courts that have rejected the constitutional argument raised by Charter. In the instant matter, Plaintiff has erroneously relied on many of these same cases to oppose Charter's motion. *See, e.g.*, ECF 83. In *Lindenbaum*, the appellee prevailed in the district court on the same grounds Charter argues for dismissal here. The short letter brief Charter wishes to bring to this Court's attention, attached as Exhibit A, was submitted by undersigned Counsel, who represents the appellee in the *Lindenbaum* Appeal.

Dated: August 18, 2021                    Respectfully submitted,

**KABAT CHAPMAN & OZMER LLP**

*/s/ Ryan D.  Watstein*
Ryan D. Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
(404) 400-7300
(404) 400-7333 (fax)

Paul A. Grammatico (*pro hac vice*)
pgrammatico@kcozlaw.com
333 S. Grand Avenue, Suite 2225
Los Angeles, California 90071
(213) 493-3988
(404) 400-7333 (fax)

**ROBINSON & COLE LLP**

Brian E.  Moran
Connecticut Bar No.  ct05058
bmoran@rc.com
Trevor L.  Bradley
Connecticut Bar No.  ct29993
tbradley@rc.com
1055 Washington Boulevard
Stamford, CT  06901
203-462-7500
203-462-7599 (fax)

*Counsel for Defendant Charter*
*Communications, Inc.*

**CERTIFICATE OF SERVICE**

I certify that today I filed the foregoing document using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

DATED: August 18, 2021                    */s/ Ryan D.  Watstein*
                                          Ryan D. Watstein (*pro hac vice*)