UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No.: 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS -** ***LINDENBAUM*** **PETITION FOR CERTIORARI**

1

On September 10, 2021, Plaintiff filed a notice of supplemental authority regarding *Lindenbaum v. Realgy, LLC*, 13 F. 4th 524 (6th Cir. 2021).  Doc. 97.  In *Lindenbaum*, the 6th Circuit addressed the same issues raised in Charter's motion here, including whether severance of a statute *always* operates retroactively and whether content-discriminatory laws are enforceable at the time they are discriminatory.

On December 8, 2021, the defendant in *Lindenbaum* submitted a petition to the Supreme Court for a writ of certiorari.  Charter respectfully submits this petition as supplemental authority in support of its pending Motion.  The petition for certiorari, attached hereto as Exhibit A, is the most complete treatment of the important constitutional and free speech issues at stake in *Lindenbaum* and the pending Motion, and it will assist the Court in evaluating the Parties' respective arguments and reaching a decision.

DATED: December 17, 2021

**KABAT CHAPMAN & OZMER LLP**

*/s/ Ryan D.  Watstein*
Ryan D.  Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
(404) 400-7300
(404) 400-7333 (fax)
*Counsel for Defendant Charter Communications, Inc.*

Paul A. Grammatico (*pro hac vice*)
pgrammatico@kcozlaw.com
333 S. Grand Avenue, Suite 2225
Los Angeles, California 90071
(213) 493-3988
(404) 400-7333 (fax)

**ROBINSON & COLE LLP**

Brian E.  Moran

                              Connecticut Bar No. ct05058
                              bmoran@rc.com
                              Trevor L. Bradley
                              Connecticut Bar No. ct29993
                              tbradley@rc.com
                              1055 Washington Boulevard
                              Stamford, CT 06901
                              203-462-7500
                              203-462-7599 (fax)

**CERTIFICATE OF SERVICE**

I certify that today I electronically filed this ***DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS - LINDENBAUM PETITION FOR CERTIORARI*** with the Clerk of Court using the CM/ECF filing system, which will automatically send an electronic copy to all counsel of record.

Dated: December 17, 2021.                    */s/ Ryan D. Watstein*
                                                                    Ryan D. Watstein (*pro hac vice*)