## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>     Defendant. | Case No.: 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny<br><br>JANUARY 24, 2022 |

### MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Civil Rule 7(e), the undersigned attorney, Brian E. Moran of Robinson & Cole LLP, hereby moves to withdraw his Appearance as counsel for Defendant Charter Communications, Inc. ("Charter") in the above-captioned matter.  Charter will continue to be represented in this matter by Brian J. Wheelin (ct26823) and Trevor L. Bradley (ct29992) of Robinson & Cole LLP, and Ryan D. Watstein (pro hac vice), Adam B. Starr (pro hac vice) and Paul A. Grammatico (pro hac vice) of Kabat Chapman & Ozmer LLP.  Charter has received notice of and consented to the filing of this motion to withdraw.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that the Court grant leave to withdraw his Appearance in the above-captioned case.

Respectfully Submitted,

/s/ *Brian E. Moran*
Brian E. Moran (ct05058)
1055 Washington Blvd.
Stamford, CT 06901
Tel. No.: (203) 462-7500
Fax. No.: (203) 462-7599
E-mail: bmoran@rc.com

24027843-v1