UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>                                  Defendant. | Case No. 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

## MOTION FOR ADMISSION OF VISITING LAWYER

NOW COMES James J. Reardon, Jr. of Reardon Scanlon LLP, a member of the bar of this Court, and respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Max Roberts of the firm Bursor & Fisher, P.A., in New York, New York as a visiting attorney in this Court, and in support of this Motion, represents the following:

    1.     Max S. Roberts is an associate of the firm Bursor & Fisher, P.A., with an office at 888 Seventh Avenue, New York, New York 10106. Mr. Roberts is a member in good standing of the bar of the State of New York and is admitted to practice before the United States District Courts for the Northern, Eastern, and Southern Districts of New York, the Northern and Central Districts of Illinois, the District of Colorado, the Eastern District of Michigan, and the United States Courts of Appeals for the Ninth Circuit.

    2.     Upon information and belief, Mr. Roberts has never been denied admission or disciplined by this Court or any other Court and his fully executed Affidavit in compliance with D. Conn. L. Civ. R. 83.1(d) is attached hereto as Exhibit A.

    3.     Max S. Roberts has designated the undersigned sponsoring attorney as his agent for service of process, and further designated the District of Connecticut as the forum for the

resolution of any dispute arising out of his admission as a visiting attorney.

4.	Payment to the Clerk for the fees as required by D. Conn. L. Civ. L.R. 83.1(d)(2) accompanies this application.

WHEREFORE, the undersigned requests that Max S. Roberts be admitted to appear as visiting lawyer as counsel for Plaintiff Daniel Rease in this action.

Dated:  February 3, 2022					Respectfully submitted,

**REARDON SCANLON LLP**

By:	*/s James J. Reardon, Jr.*
	James J. Reardon, Jr.

James J. Reardon, Jr. (CT 13802)
45 South Main Street, 3rd Floor
West Hartford, CT  06107
Telephone: (860) 955-9455
Facsimile:  (860) 920-5242
Email:  james.reardon@reardonscanlon.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 3, 2022 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                             */s/ James J. Reardon, Jr.*
                                             James J. Reardon, Jr.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>         Defendant. | Case No. 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

**AFFIDAVIT OF MAX S. ROBERTS IN SUPPORT OF MOTION**
**FOR ADMISSION *PRO HAC VICE***

Max S. Roberts, being duly sworn, deposes and says:

1. I submit this affidavit in support of the application by Plaintiff for my admission as an attorney *pro hac vice* in this action.

2. I am an associate at the law firm Bursor & Fisher, P.A., counsel for the plaintiff in this matter. My office is located at 888 Seventh Avenue, New York, New York 10106. My contact information is 646-837-7150 (phone), 212-989-9163 (fax) and mroberts@bursor.com.

3. I am a citizen of the United States and a resident of the State of New York. I am admitted to practice before the State Bar of New York (admitted 3/2/20 Bar No. 5748165), and the United States District Courts for the Northern District of New York (admitted 5/22/20, no bar number assigned), Eastern District of New York (admitted 5/20/20, no bar number assigned), Southern District of New York (admitted 5/20/20, no bar number assigned), District of Colorado (admitted 4/30/21, no bar number assigned), Central District of Illinois (admitted 5/3/21, no bar number assigned), Northern District of Illinois (admitted 10/5/2021, no bar number assigned), Eastern District of Michigan (admitted 10/16/20, no bar number assigned), and the United States Court of Appeals for the Ninth Circuit (admitted 9/10/21, no bar number assigned). A true and

correct copy of my certificate of good standing for the State Bar of New York is attached hereto as Exhibit A.

4. There is good cause to grant this application. Plaintiff wishes me to be counsel on this matter due to my familiarity with the facts and legal issues of this particular case.

5. I have never been held in contempt of court, nor have I ever been suspended or disbarred by any court. I have no pending disciplinary complaints and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have read and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate James J. Reardon, Jr. of Reardon Scanlon LLP as my agent for service of process or any successor to him who files an appearance as local counsel, and designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

8. WHEREFORE, I respectfully request that I be admitted to practice before the Court *pro hac vice* on behalf of the plaintiff.

_____
Max S. Roberts

Sworn to before me this
__2__ th day of _February_

_____
**NOTARY PUBLIC**

MATTHEW A GIRARDI
Notary Public - State of New York
NO. 02GI6420433
Qualified in New York County
My Commission Expires Aug 9, 2025

2

**EXHIBIT A**



## Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Max Stuart Roberts

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 2, 2020**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on December 2, 2021.

*Clerk of the Court*

CertID-00043018



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/