Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK _____    RPTR/ECRO/TAPE T.Gow (Reporter)

TOTAL TIME: 0 hours 23 minutes

DATE: 2/9/2022    START TIME: 2:00pm    END TIME: 2:23pm

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. 3:20-cv-00150-RNC

| Daniel Rease | Max Roberts/ J. Reardon, Jr./P. Fraietta |
|---|---|
|  | Plaintiff's Counsel |
| vs |  |
| Rease v. Charter Communications, Inc. | Watstein/Grammatico/Bradley |
|  | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

☐ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing TSC

☑ ..... #47 Motion for Judgment on the Pleadings     ☐ granted ☐ denied ☑ advisement
☑ ..... #48 Motion to Transfer to Another District    ☐ granted ☐ denied ☑ advisement
☐ ..... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ Hearing continued until _____ at _____

Notes: Telephonic conference concerning status of case and cert. petition in Lindenbaum v. Realgy, LLC., 2021 WL 4097320 (6th Cir. Sept. 9, 2021).