**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.: 3:20-cv-00150-RNC |
| v. | Hon. Robert N. Chatigny |
| CHARTER COMMUNICATIONS, INC., | |
| Defendant. | |

**DEFENDANT'S NOTICE TO COURT OF RESULT OF *LINDENBAUM* PETITION FOR CERTIORARI**

On September 10, 2021, Plaintiff filed a notice of supplemental authority regarding Charter's pending motion for judgment on the pleadings, citing *Lindenbaum v. Realgy, LLC*, 13 F. 4th 524 (6th Cir. 2021).  Doc. 97.  In *Lindenbaum*, the Sixth Circuit addressed the same issues raised in Charter's pending motion, including whether severance of a statute *always* operates retroactively and whether content-discriminatory laws are enforceable while they are discriminatory.  On December 8, 2021, the defendant in *Lindenbaum* submitted a petition to the Supreme Court for a writ of certiorari ("Petition").  Charter submitted the petition as supplemental authority on December 17, 2021.  Doc. 103.  Thereafter, the Court held a status conference on February 9, 2022, in which the Parties discussed the effect of the petition on Charter's motion. Doc. 104.  The Court then entered a minute order indicating that the motion would be taken under advisement.  Doc. 110.

Charter now gives notice to the Court that the Supreme Court denied the Petition on March 21, 2022.  Charter notes further that denial of certiorari is not a decision on the merits of the arguments raised in the petition.  Recent history indicates that petitions for certiorari are granted in private civil cases less than 3.4% of the time.[1]   And, in fact, the Supreme Court routinely denies certiorari on issues only to ultimately grant once a circuit split develops.  *See, e.g.*, *Johnson v. Guzman Chavez*, 141 S. Ct. 2271, 2284 (2021) (granting certiorari to resolve circuit split).

DATED: March 25, 2022                    **KABAT CHAPMAN & OZMER LLP**

                                        */s/ Ryan D.  Watstein*
                                        Ryan D.  Watstein (*pro hac vice*)
                                        rwatstein@kcozlaw.com
                                        171 17th Street NW, Suite 1550
                                        Atlanta, Georgia 30363
                                        (404) 400-7300

---

[1]      *See* "Success Rate of a Petition for Writ of Certiorari to Supreme Court" (https://supremecourtpress.com/chance_of_success.html) (last visited March 24, 2022)

(404) 400-7333 (fax)
*Counsel for Defendant Charter*
*Communications, Inc.*

Paul A. Grammatico (*pro hac vice*)
pgrammatico@kcozlaw.com
333 S. Grand Avenue, Suite 2225
Los Angeles, California 90071
(213) 493-3988
(404) 400-7333 (fax)

**ROBINSON & COLE LLP**

Brian J. Wheelin
Connecticut Bar No.  ct26823
bwheelin@rc.com
Trevor L.  Bradley
Connecticut Bar No.  ct29993
tbradley@rc.com
1055 Washington Boulevard
Stamford, CT  06901
203-462-7500
203-462-7599 (fax)

## CERTIFICATE OF SERVICE

I certify that today I electronically filed the foregoing with the Clerk of Court using the

CM/ECF filing system, which will automatically send an electronic copy to all counsel of record.


Dated: March 25, 2022.                    */s/ Ryan D. Watstein*
                                          Ryan D. Watstein (*pro hac vice*)