UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL REASE, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>                      Defendant. | Case No. 3:20-cv-00150-RNC<br><br>Hon. Robert N. Chatigny |

## STIPULATION OF VOLUNTARY DISMISSAL BY PLAINTIFF

NOTICE IS HEREBY GIVEN THAT, that Plaintiff Daniel Rease ("Plaintiff") and Defendant Charter Communications, Inc. ("Defendant") stipulate to the following:

1. Plaintiff, by and through his undersigned counsel of record, hereby dismisses his claims with prejudice against Defendant.

2. Each party shall bear its own costs and fees.

Dated: August 6, 2022

Respectfully submitted,

By:    /s/ James J. Reardon, Jr.
       James J. Reardon, Jr.

**BURSOR & FISHER, P.A.**
Joseph I. Marchese*
Philip L. Fraietta (*pro hac vice*)
Max S. Roberts (*pro hac vice*)
888 Seventh Avenue
New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com
        pfraietta@bursor.com
        mrobers@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin*
David W. Hall*
Four Embarcadero Center, Suite 1400
San Francisco, California 94104

Telephone: (415) 766-3534
Facsimile: (415) 402-0058
Email: fhedin@hedinhall.com
dhall@hedinhall.com

**REARDON SCANLON LLP**
James J. Reardon, Jr.
45 S. Main Street, 3rd Floor
West Hartford, Connecticut 06110
Telephone: (860) 955-9455
Facsimile:  (860) 920-5242
E-Mail: james.reardon@reardonscanlon.com

*To Be Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

**KABAT CHAPMAN & OZMER LLP**

*/s/ Ryan D. Watstein*
Ryan D. Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
Paul A. Grammatico (*pro hac vice*)
pgrammatico@kcozlaw.com
Matthew A. Keilson (*pro hac vice*)
mkeilson@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
404-400-7300
404-400-7333 (fax)

**ROBINSON & COLE LLP**
Brian E. Moran
Connecticut Bar No. ct05058
bmoran@rc.com
Trevor L. Bradley
Connecticut Bar No. ct29993
tbradley@rc.com
1055 Washington Boulevard
Stamford, CT  06901
800-762-7826
203-462-7599 (fax)

*Counsel for Defendant Charter Communications, Inc.*